# United States Bankruptcy Court
### Northern District of Mississippi

In re: **Leigh Ann Black**  
Debtor(s)

Case No. **25-13081**  
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 14, 2025**

/s/ **Leigh Ann Black**  
**Leigh Ann Black**  
Signature of Debtor

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Capital Bank N.A.
2275 Research Blvd
Ste 600
Rockville, MD 20850


Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Central Portfolio
Attn: Bankruptcy Dept
10249 Yellow Circle Dr
Suite 200
Minnetonka, MN 55343


Internal Revenue Servi
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201


Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


MS Dept of Revenue
Bankruptcy Section
PO Box 22808
Jackson, MS 39225-2808


Navy Federal CU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22199

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502


SWC Group
4120 International
Prkwy #100
Carrollton, TX 75007


US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001


Young Willliams, PA
PO Box 23059
Jackson, MS 39225