# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Leigh Ann Black**  
Debtor(s)

Case No. **25-13081**  
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 23, 2025**

**/s/ Leigh Ann Black**  
**Leigh Ann Black**  
Signature of Debtor

```
Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Capital Bank N.A.
2275 Research Blvd
Ste 600
Rockville, MD 20850


Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Central Portfolio
Attn: Bankruptcy Dept
10249 Yellow Circle Dr
Suite 200
Minnetonka, MN 55343


Internal Revenue Servi
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201


Kingston Collections***
1301 Seminole Blvd.
Unit 166
Largo, FL 33770


Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


MS Dept of Revenue
Bankruptcy Section
PO Box 22808
Jackson, MS 39225-2808
```

```
MSCB***
P.O. Box 1576
Paris, TN 38242


Navy Federal CU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22199


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502


Psycamore***
2620 Executive Pl
Biloxi, MS 39531


SWC Group
4120 International
Prkwy #100
Carrollton, TX 75007


UMMC***
P.O. Box 3488
Dept 05-077
Tupelo, MS 38803


US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001


Young Willliams, PA
PO Box 23059
Jackson, MS 39225
```