**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**  **CHAPTER 13 CASE NO.:**

**LEIGH ANN BLACK**  **25-13081-JDW**

## AGREED ORDER AMENDING CHAPTER 13 PLAN

THIS MATTER came before the Court on the request of the parties to amend Sections 3.2 and 4.4 of Chapter 13 Plan (Dkt. #14) (the "Plan") to provide for the secured claim of Mississippi Department of Revenue ("MDOR") which will be paid in full consistent with its Proof of Claim (Clm. #4-1). The Plan currently provides for the claim to be paid as a priority unsecured claim in Section 4.4; however, there is no priority unsecured claim owed. The agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED, that Section 4.4 is hereby amended to remove the provision for payment of MDOR, and Section 3.2 is hereby amended to provide that the secured claim of MDOR will be paid in full in the amount of $2,623.50 with interest to accrue at the statutory rate of 6.0%. The Plan is hereby amended accordingly. This order shall apply to any amended plan filed hereafter.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645