SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
|---|---|
| LEIGH ANN BLACK | 25-13081-JDW |

### AGREED ORDER AMENDING CHAPTER 13 PLAN

THIS MATTER came before the Court on the request of the parties to amend Sections 3.2 and 4.4 of Chapter 13 Plan (Dkt. #14) (the "Plan") to provide for the secured claim of Mississippi Department of Revenue ("MDOR") which will be paid in full consistent with its Proof of Claim (Clm. #4-1). The Plan currently provides for the claim to be paid as a priority unsecured claim in Section 4.4; however, there is no priority unsecured claim owed. The agreement of the parties, as expressed herein, is hereby approved by the Court.

IT IS THEREFORE ORDERED, that Section 4.4 is hereby amended to remove the provision for payment of MDOR, and Section 3.2 is hereby amended to provide that the secured claim of MDOR will be paid in full in the amount of $2,623.50 with interest to accrue at the statutory rate of 6.0%. The Plan is hereby amended accordingly. This order shall apply to any amended plan filed hereafter.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-13081-JDW |
| Leigh Ann Black | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Nov 17, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leigh Ann Black, 2629 County Road 214, Water Valley, MS 38965-2863 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 19, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Leigh Ann Black trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3